UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSETTS

04 11749 RWZ 10386RWZ

Dennis Ferullo,
  Petitioner.

v.

United States of America,
  Respondent.

Case N° 01-CV-11217NG

Judge Rya Zobel
MAGISTRATE JUDGE Cohen

## MOTION PURSUANT TO RULE 60(b)
## REQUESTING MODIFICATION OF SENTENCE

Now comes the petitioner, Dennis Ferullo, herein after known as "pro se" respectfully requesting this Honorable Court reconsider the imposed sentence based on the following facts:

1. On October 11, 2002 before this Honorable Court Mr. Ferullo was sentenced to a Federal sentence of 51 months followed by a 36 month term of supervised release. As part of the prose presentence report the Court reccommended the 500 hour Residential Drug Awareness Program (RDAP). Upon the successful completion of the RDAP program Mr. Ferullo was to receive 12 months off the end of his sentence. During sentencing the AUSA asked for the RDAP program after sentencing prose to 51 months assuming the program carried the 12 months off the sentence Honorable Judge Rya Zobel, also informed prose that the sentence would be shortened by the 12 months due to the RDAP program. Prose believes the sentence imposed would have been shorter had the assumption of the 12 month reduction not been mentioned.

2.      On June 30, 2004 the RDAP program was removed from the Federal Medical Center at Fort Devens where Mr. Ferullo is currently housed. The program will be moved to the Federal Correctional Institute at Elkton, Ohio, where it has at **projected** start date of early 2005. With the projected start date prose will not receive benefit of **ANY** time off nor have the chance to complete the program due to the time constraints of the remaining sentence. Mr. Ferullo would not receive the benefit of the 12 months off as discussed at sentencing with Mr. Wilde and Judge Rya Zobel.

3.      Mr. Ferullo requests this Honorable Court the following relief. Mr. Ferullo would like to be resentenced to reflect the 12 months that would have been given had the program been given to prose in a timely fashion. Mr. Ferullo agrees to complete an in/out patient drug program that would at minimum satisfy the requirements of the BOP RDAP program at prose expense.

*Dennis Ferullo*

Dennis Ferullo
N° 23467-038


### CERTIFICATE OF SERVICE

I Dennis Ferullo hereby attest and affirm that a copy of this instant filing was mailed first class prepaid to the following Mr. Victor Wild AUSA One Courthouse Way, Boston Mass 02210.

*Dennis Ferullo*

Dennis Ferullo
N° 23467-038