UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS FERULLO
        Petitioner

        CIVIL ACTION

V.

        NO. 04CV11749-RWZ

UNITED STATES OF AMERICA
        Respondent

ORDER OF DISMISSAL

ZOBEL, D. J.

In accordance with the Court's Order dated 8/27/04 summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2255, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

        By the Court,

8/30/04          s/ Lisa A. Urso
Date          Deputy Clerk

[odism.]