Cleck of Courts,   FILED   3-29-07
                  IN CLERKS OFFICE

I would 2007 APR E2 A 9:35 get
a copy of my U.S. DISTRICT COURT Commitment.
Also if possible could DISTRICT OF MASS get
a copy of my Sentencing Computation
and my release date.
I'm being housed at
Plymouth County and they said
for me to write you to
get this information, because
they don't have it here.
Thank you for your time in
this matter. My B.O.P. #23467-038
I WAS Sentenced on 3-20-07 for a
probation Violation.

                    Thank you
                    Dennis Ferullo

Return Address:
Dennis Ferullo
#33737  (Unit DN-105)
P.C.C.F.
26 Long Pond Rd.
Plymouth, MA. 02360