To: Your Honor                                      4-4-07

The reason, I'm writing to you is, I was sentenced to 8 months on a probation violation. I'm being housed at Plymouth County Correctional Facility. The problem with being housed at Plymouth is the visiting area. The visiting area is glass and a phone, its a non-contact visit.

My son Anthony has Autism, he doesn't speak. My son likes me to hold him and hug and kiss him. He won't understand with whats going on. The visit here would make him very upset and confused. The doctors told me and my ex-wife maria, that by me not seeing Anthony for a period of time, could make him degress. I would hate for that to happen, because he has been making alot of progress the past 6 months.

I know, I'm being punished for my mistakes. I don't think my son should be punished for my mistakes. This is one of the many reasons, I'm going to get my life back on track. What I'm asking your Honor is if your Honor could recommend, or order me to be tranferred to Fort Devens in Ayer MA. Where there is contact visits, where my son Anthony could come and see me. Fort Devens, would also help me because of my health. I had 2 heart attacks in Dec. 2006. I'm taking Nitro for that, also I'm taking 2 other medications. Or if your honor could recommend or order me to be tranferred to the Coolidge house in Boston MA. At the Coolidge House, I would be able to see my son, also I would have to work full time and pay child support that my ex-wife Maria needs, my work season is from April - Nov. because my work is paving, driveways and roadways.

At the Coolidge house, I would have to go to ADCare at least twice a week. I would have to go to AA/NA meetings at least 3 times a week. This would help me a great deal in my recovery. I Also, could be helping my fiance Nancy with the bills at home. By me sitting in Plymouth is doing, me and my family more harm then good. Thank you your Honor for taking time out of your busy schedule to read this letter. Thank you for your help in this matter. My B.O.P. #23467-038

Thank you
Dennis Ferullo

Return Address:
Dennis Ferullo
#33737 Unit DN-105
P.C.C.F.
26 Long Pond Road
Plymouth, MA. 02360